IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATURE FRANCIS, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § | Civil Action No. 3:18-cv-02123-B |
| | § | |
| v. | § | |
| | § | |
| BERKSHIRE COMMUNITIES, LLC, BG-IC, LLC, BERKSHIRE GROUP, LLC, and BERKSHIRE GROUP, LP, | § § § | |
| | § | |
| Defendants. | § | |

## **JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE**

The Plaintiff in this action is NATURE FRANCIS. Plaintiff is represented by Rhonda H. Wills and Patrick J. Raspino of Wills Law Firm, PLLC and Kobby T. Warren of Warren Healy, PLLC. The Defendants in this action are BERKSHIRE COMMUNITIES, LLC, BG-IC, LLC, BERKSHIRE GROUP, LLC, and BERKSHIRE GROUP, LP. The Defendants are represented by J. Michael Thomas and Christina Portella Solomon of Foley & Lardner LLP and Kathleen A. Pontone and Elisabeth K. Hall of Miles & Stockbridge PC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1), all parties listed above, acting through their respective counsel of record, hereby stipulate to dismiss the above-captioned case with prejudice. Each party agrees to bear its own costs, expenses, and attorneys' fees, and to waive all rights of appeal.

IT IS SO STIPULATED.

Dated: February 1, 2019

By: */s/ Rhonda H. Wills*_____
**Rhonda H. Wills**
Texas Bar No. 00791943
**Patrick J. Raspino**
Texas Bar No. 24105976
**WILLS LAW FIRM, PLLC**
1776 Yorktown, Suite 570
Houston, Texas 77056
Tel: (713) 528-4455
Fax: (713) 528-2047
rwills@rwillslawfirm.com
praspino@rwillslawfirm.com

**Kobby T. Warren**
Texas Bar No. 24028113
**WARREN HEALY, PLLC**
1910 Pacific Avenue, Suite 10500
Dallas, Texas 75201
Tel: (214) 999-9499
Fax: (888) 687-8174
kobby@igotcharged.com
kobbytwarren@yahoo.com

**ATTORNEYS FOR PLAINTIFF**

Dated: February 1, 2019

By: */s/ J. Michael Thomas*_____
**Cristina Portela Solomon**
Texas Bar No. 16143400
**J. Michael Thomas**
Texas Bar No. 24066812
**FOLEY GARDERE**
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Tel: (214) 999-3000
Fax: (214) 999-4667
csolomon@foley.com
jmthomas@foley.com

**Kathleen A. Pontone** (Fed. Bar. No. 01225)
*Admitted pro hac vice*
**Elisabeth K. Hall** (Fed. Bar. No. 18734)
*Admitted pro hac vice*
**MILES & STOCKBRIDGE P.C.**
100 Light Street
Baltimore, Maryland 21202
Tel: (410) 727-6464
Fax: (410) 385-3700
kpontone@milesstockbridge.com
ehall@milesstockbridge.com

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

On February 1, 2019, the undersigned counsel electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Rhonda H. Wills
Rhonda H. Wills
